UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWNA NORMAN, O/B/O M.K., a minor child, | No.  CV-12-3085-FVS |
| Plaintiff, | |
| v. | JUDGMENT IN A CIVIL CASE |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED: October 21, 2013

SEAN F. McAVOY
Clerk of Court

By:  *s/Linda Emerson*
Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE